2:11-cr-170-DBH-001

SCANNED

U S DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
OCT 18 2011
CHRISTA K. BERRY, CLERK
BY
DEPUTY CLERK

**Information Synopsis**

| | |
|---|---|
| **Name:** | Seacoast Sleep Solutions, LLC |
| **Address: (City & State Only)** | Kittery, Maine |
| **Year of Birth and Age:** | N/A |
| **Violations:** | Health care fraud, in violation of 18 U.S.C. § 1347. |
| **Penalties:** | Term of probation of not less than one year and not more than five years (18 U.S.C. §§ 3551(c); 3561(c)(1)); fine not to exceed $500,000 (18 U.S.C § 3571(c)(3)); or both. |
| **Supervised Release:** | N/A |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | N/A |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | N/A |
| **Defendant's Attorney:** | George T. Dilworth, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | HHS-OIG – SA Colleen Fleming |
| **Detention Status:** | N/A |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |
| **AUSA:** | David B. Joyce |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | Anthem Health Plans of Maine, Inc., a/k/a Anthem Blue Cross and Blue Shield; Martin's Point Health Care |
| **Assessments:** | $400 |