SCANNED

2:11-cr-170-DBH-002

U S DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

OCT 18 2011

CHRISTA K. BERRY, CLERK
BY
DEPUTY CLERK

## Information Synopsis

| | |
|---|---|
| **Name:** | Peter Enzinger |
| **Address: (City & State Only)** | Kittery, Maine |
| **Year of Birth and Age:** | 1967; 44 Years Old |
| **Violations:** | Health care fraud, in violation of 18 U.S.C. § 1347. |
| **Penalties:** | Imprisonment for not more than ten years; fine of not more than $250,000; or both. 18 U.S.C §§ 1347; 3571(b)(3). This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Not more than three years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Three years less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | George T. Dilworth, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | HHS-OIG – SA Colleen Fleming |
| **Detention Status:** | Released on bond |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |
| **AUSA:** | David B. Joyce |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | Anthem Health Plans of Maine, Inc., a/k/a Anthem Blue Cross and Blue Shield; Martin's Point Health Care |
| **Assessments:** | $100 |